**No. 39762.**—Protests 801330–G, etc., of Saks & Co., Inc. (New York).

Opinion by TILSON, J. Wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable under paragraph 1114 as claimed.

**No. 39763.**—Protests 725938–G, etc., of S. M. Biddle et al. (New York).

Opinion by TILSON, J. The record shows that certain items consist of knit wool wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.

**No. 39764.**—Protests 838517–G, etc., of F. H. Shallus Co. et al. (Baltimore, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39765.**—Protests 810694–G, etc., of Phoenix Candy Co., Inc. (New York).

Opinion by KINCHELOE, J. It was established by the record that certain of the merchandise is the same as that passed upon in Abstract 38199. The claim at 3 cents per pound and 15 percent ad valorem as paper with paraffin or wax-coated surface under paragraph 1405 was therefore sustained as to those items. Protests covering merchandise with the words "Bex Toffee" and "Allen's Toffee" printed thereon were overruled on the authority of *Allen* v. *United States* (T. D. 48543).

**No. 39766.**—Protests 777612–G, etc., of C. S. Allen Corp. (New York).

Opinion by KINCHELOE, J. On the authority of *Allen* v. *United States* (T. D. 48543) the merchandise in question was held dutiable as wax-coated paper at 3 cents per pound and 15 percent ad valorem under paragraph 1405 as claimed.

**No. 39767.**—Protest 413338–G of Sol Raphael (New York).

Opinion by KINCHELOE, J. On the authority of *Hearn* v. *United States* (T. D. 44817) the couch covers in question were held dutiable as bedspreads at 40 percent under paragraph 912 as claimed.